

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

---

No. 06-24-00034-CV

---

AURORA SETTLES, Appellant

V.

ROBERT SHEVCHUK, Appellee

---

On Appeal from the County Court at Law No. 2
Tarrant County, Texas
Trial Court No. 2022-006860-2

---

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Justice van Cleef

## MEMORANDUM OPINION

Aurora Settles filed a timely notice of appeal on April 2, 2024.[1] The clerk's record was filed on May 2, 2024. Settles's appellate brief was due in this Court on July 22, 2024. When neither a brief nor a motion to extend time for filing same was received by August 1, 2024, this Court advised Settles by letter that her brief was late. We also warned Settles that the failure to file a brief by August 16, 2024, would subject this appeal to dismissal for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c).

Settles did not respond to our communication and did not file an appellate brief. As a result, this appeal is ripe for dismissal for want of prosecution. Consequently, pursuant to Rules 38.8 and 42.3 of the Texas Rules of Appellate Procedure, we dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c).

Charles van Cleef
Justice

Date Submitted:    September 16, 2024
Date Decided:    September 17, 2024

---

[1]Originally appealed to the Second Court of Appeals, this case was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts. *See* TEX. GOV'T CODE ANN. § 73.001 (Supp.).